# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MELODY A. DELUNA, | ) CV 10-07136-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment is entered affirming the decision of the Commissioner and plaintiff's Complaint is dismissed.

DATED: May 16, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE